PROB 12A
(REVISED 5/2011)

# United States District Court
### for
### Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Juan Lahera</u>          Case Number:  <u>3:10-00114-01</u>

Name of Judicial Officer: <u>The Honorable Gerald E. Rosen, Chief U. S. District Judge, Eastern District of</u>

<u>Michigan, transferred April 30, 2010, to The Honorable Todd J. Campbell, U. S. District Judge</u>

Date of Original Sentence: <u>September 4, 1996</u>

Original Offense: <u>Ct. 1: 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Cocaine;</u>

<u>Ct. 3: 21 U.S.C. § 841(a)(1), Distribution of Cocaine; Ct. 4: 21 U.S.C. § 841(a)(1), Possession with Intent</u>

<u>to Distribute Cocaine</u>

Original Sentence:  <u>188 months' custody; 5 years' supervised release</u>

Type of Supervision:  <u>Supervised Release</u>          Date Supervision Commenced:  <u>March 22, 2010</u>

Assistant U.S. Attorney:  <u>to be determined</u>          Defense Attorney:  <u>to be determined</u>

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Continue on Supervised Release
☒ Approve Termination

Considered this <u>3</u> day of <u>Jan</u> , 20<u>13</u>,
and made a part of the records in the above case.

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,

_____
U.S. Probation Officer
Jon R. Hahn

_____
U. S. District Judge
Todd J. Campbell

Place          <u>Columbia, Tennessee</u>

Date          <u>December 28, 2012</u>

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.                 **None**

## Compliance with Supervision Conditions and Prior Interventions:

On March 1, 2010, Juan Lahera began his term of supervised release was scheduled to expire on February 28, 2015. On December 7, 2012, Mr. Lahera succumbed to lung cancer. A copy of his death certificate is attached.

## U.S. Probation Officer Recommendation:

Given the circumstances, it is recommended that his term of supervised release be terminated. The U.S. Attorney's Office has no objection to termination.

Should the Court agree to the early termination, the Report Terminating Supervised Release (Prob. 35) is attached to complete this process.

Approved: _____
            Jim Perdue
            Deputy Chief U.S. Probation Officer



TENNESSEE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

STATE FILE NUMBER

**DECEDENT**

| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) Juan Lahera, Sr | | 2. SEX Male | 3. DATE OF DEATH (Month, Day, Year) December 7  2012 |
|---|---|---|---|

| 4. TIME OF DEATH 10:00 pm | 5a. AGE-Last Birthday (Years) 66 | 5b. UNDER 1 YEAR Months / Days | 5c. UNDER 1 DAY Hours / Minutes | 6. DATE OF BIRTH (Month, Day, Year) ███ 1946 | 7. BIRTHPLACE (City and State or Foreign Country) Cuba |
|---|---|---|---|---|---|

6a. PLACE OF DEATH (Check only one)

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☒ Decedent's home ☐ Other residence ☐ Other (Specify)

| 6b. FACILITY NAME (If not institution, give street and number) | 6c. CITY OR TOWN Hohenwald | 6d. COUNTY OF DEATH Lewis |
|---|---|---|

| 9. MARITAL STATUS ☒ Married ☐ Married, but separated ☐ Widowed ☐ Divorced ☐ Never married | 10. SURVIVING SPOUSE (If wife, give name prior to first marriage) Dawn Marie Nash | 11a. DECEDENT'S USUAL OCCUPATION Compose/Lyricist | 11b. KIND OF BUSINESS/INDUSTRY Self Employed, Music |
|---|---|---|---|

| 12. SOCIAL SECURITY NUMBER ███9174 | 13a. RESIDENCE-STATE OR FOREIGN COUNTRY Tennessee | 13b. COUNTY Lewis | 13c. CITY OR TOWN Hohenwald |
|---|---|---|---|

| 13d. STREET AND NUMBER | 13e. INSIDE CITY LIMITS ☐ Yes ☒ No | 13f. ZIP CODE 38462 | 14. WAS DECEDENT EVER IN US ARMED FORCES? ☐ Yes ☒ No |
|---|---|---|---|

| 15. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death) ☐ 8th grade or less ☐ 9th – 12th grade; no diploma ☒ High school graduate or GED completed ☐ Some college credit, but no degree ☐ Associate degree (e.g., AA, AS) ☐ Bachelor's degree (e.g., BA, AB, BS) ☐ Master's degree (e.g., MA,MS, MEng,MEd,MSW,MBA) ☐ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD) ☐ Unknown | 16. DECEDENT OF HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino.) ☐ No, not Spanish/Hispanic/Latino ☐ Yes, Mexican, Mexican American, Chicano ☐ Yes, Puerto Rican ☒ Yes, Cuban ☐ Yes, other Spanish/Hispanic/Latino (Specify) _____ ☐ Unknown | 17. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be) ☒ White ☐ Black or African American ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe) _____ ☐ Asian Indian ☐ Chinese ☐ Filipino ☐ Japanese ☐ Korean ☐ Vietnamese ☐ Other Asian (Specify) ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan ☐ Other Pacific Islander (Specify) ☐ Other (Specify) |
|---|---|---|

**PARENTS**

| 18. FATHER'S NAME (First, Middle, Last) Eugene Lahera | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) Delores Dlog |
|---|---|

**DISPOSITION** / **INFORMANT**

| 20a. INFORMANT'S NAME Garrey Thomas Nash | 20b. RELATIONSHIP TO DECEDENT Father-in-Law | 20c. MAILING ADDRESS (Street and Number, City, State, Zip Code) ███ Hohenwald, TN 38462 |
|---|---|---|

| 21a. METHOD OF DISPOSITION ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify) | 21b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) Heritage Funeral Home & Crematory | 21c. LOCATION - City or Town and State Columbia, Tennessee |
|---|---|---|

| 22a. SIGNATURE OF FUNERAL DIRECTOR Bobby Reed *Bobby Reed* | 22b. LICENSE NUMBER 6432 | 22c. SIGNATURE OF EMBALMER ► not embalmed | 22d. LICENSE NUMBER |
|---|---|---|---|

| 23a. NAME AND ADDRESS OF FUNERAL HOME Heritage Funeral Home & Cremation Services, 609 Bear Creek, Columbia, TN 38401 | 23b. LICENSE NUMBER OF FUNERAL HOME 1190 |
|---|---|

**REGISTRAR**

| 24. REGISTRAR'S SIGNATURE ► *Maranda Scott, DR* | 25. DATE FILED (Month, Day, Year) *December 11th, 2012* |
|---|---|

**CERTIFIER** / **PHYSICIAN OR MEDICAL EXAMINER**

26. CERTIFIER (Check only one):
26a. ☒ PHYSICIAN -To the best of my knowledge, death occurred at the date and place, and due to the cause(s) and manner stated.
26b. ☐ MEDICAL EXAMINER - On the basis of examination, and/or investigation, in my opinion, death occurred at the date and place, and due to the cause(s) and manner stated.

| 27a. SIGNATURE OF CERTIFIER ► *Ben Gardner* | 27b. LICENSE NUMBER 17712 | 27c. DATE SIGNED (Month, Day, Year) 12/10/2012 |
|---|---|---|

27d. NAME AND ADDRESS Ben Gardner MD

**MEDICAL CERTIFICATION**

28. PART I. Enter the chain of events (diseases, injuries, or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

Approximate interval: Onset to death

IMMEDIATE CAUSE (Final disease or condition resulting in death) ► a. *Lung Cancer* ____ Due to (or as a consequence of):

Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST
b. ____ Due to (or as a consequence of):
c. ____ Due to (or as a consequence of):
d. ____

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| 29a. WAS AN AUTOPSY PERFORMED? ☐ Yes ☐ No |
|---|
| 29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |

| 30. MANNER OF DEATH ☒ Natural ☐ Homicide ☐ Accident ☐ Pending Investigation ☐ Suicide ☐ Could not be determined | 31. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☒ Probably ☐ No ☐ Unknown | 32. IF FEMALE: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year |
|---|---|---|

| 33. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) | 34a. DATE OF INJURY (Month, Day, Year) | 34b. TIME OF INJURY | 34c. INJURY AT WORK? ☐ Yes ☐ No | 34d. PLACE OF INJURY –at home, farm, street, factory, office, building, etc. (Specify) |
|---|---|---|---|---|
| | 34e. DESCRIBE HOW INJURY OCCURRED | | | 34f. LOCATION OF INJURY (Street and Number, City or Town, State) |

PH-1659 (Rev. 10/2011)                                                                                     RDA 1399