Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
# MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

Crim. No. 3:10-00114-01

Juan Lahera

On September 4, 1996 the above named was placed on supervised release for a period of 5 years. He/She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he/she be discharged from supervised release.

Respectfully submitted,

Jon Hahn
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 3 day of Jan, 2013.

Todd J. Campbell, U.S. District Judge